# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUPIN ATLANTIS HOLDINGS S.A. and ETHYPHARM S.A., <br><br> *Plaintiffs,* <br><br> v. <br><br> PADDOCK LABORATORIES, LLC and CEROVENE, INC., <br><br> *Defendants.* | ECF Case <br><br> Case No. 1:11-cv-00668 (JSR) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## STIPULATION OF DISMISSAL

Plaintiffs Lupin Atlantis Holdings S.A. ("Lupin") and Ethypharm, S.A. ("Ethypharm") hereby stipulate, by and through their respective attorneys, that any and all of their respective claims against Defendants Paddock Laboratories, LLC ("Paddock") and Cerovene, Inc. ("Cerovene") in the above-captioned action are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Defendants Paddock and Cerovene hereby stipulate, by and through their attorneys, that any and all of their respective claims, counterclaims and defenses against Plaintiffs Lupin and Ethypharm in the above-captioned action are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiffs and Defendants agree that each shall bear and assume their own costs and expenses, including attorneys' fees.

A/74621230.1

**IT IS SO STIPULATED:**

By: *[signature]*

Joseph V. DeMarco
Amin Kassam
DEVORE & DEMARCO LLP
99 Park Avenue, 16th Floor
New York, NY 10016
(212) 922-9499


Robert F. Green
Christopher T. Griffith
Jamaica P. Szeliga
Kate M. Lesciotto
Jessica M. Tyrus
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
(312) 616-5600

*Attorneys for Plaintiff Lupin Atlantis Holdings, S.A.*

By: *[signature]*

Luke A. Connelly
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

Joel M. Wallace
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-6500

*Attorneys for Defendants Paddock Laboratories, LLC and Cerovene, Inc.*

By: /s/ Paul Ragusa

Paul A. Ragusa
Lisa Kole
Jennifer Tempesta
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10021
(212) 408-2500

Brian P. O'Shaughnessy
BUCHANAN INGERSOLL & ROONEY
1737 King Street, Suite 500
Alexandria, VA 22314
(703) 838-6620

Philip L. Hirschhorn
BUCHANAN INGERSOLL & ROONEY
1290 Avenue of the Americas, 30th Floor
New York, NY 10104
(212) 440-4400

*Attorneys for Plaintiff Ethypharm, S.A.*

**SO ORDERED:**

This 11th day of December, 2011.

_____
Honorable Jed S. Rakoff,
United States District Judge

3

A/74621230.1